UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Diego Herrera, | Case No. 2:26-cv-00972-CDS-BNW |
| Petitioner | **Order Granting Petitioner's Unopposed Motion to Extend Time** |
| v. | |
| Pamela Bondi, et al., | [ECF No. 7] |
| Respondents[1] | |

Petitioner Diego Herrera's counsel filed an unopposed motion seeking a fourteen-day extension of time to file an amended petition, explaining that they are unable to locate Herrera to conduct an interview and develop his claims. ECF No. 7. Counsel further represents that they have requested that the respondents provide information regarding Herrera's whereabouts and whether he was lawfully removed. *Id.* This is Herrera's first request for an extension of this deadline, and I find good cause exists to grant it.

It is therefore ordered that Herrera's motion for extension of time **[ECF No. 7] is granted**. The petitioner has up to and including May 12, 2026, to file an amended petition.

It is further ordered that, as soon as practicable, the respondents must provide information regarding Herrera's location, including whether he was lawfully removed and, if so, the date of removal and the location to which he was removed.

The Clerk of Court is kindly directed to replace Pamela Bondi with Todd Blanche.

Dated: April 28, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] Because Pamela Bondi is no longer the Attorney General, the Clerk of Court is directed to substitute Todd Blanche, Acting Attorney General.